

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HARLEY HARBEN, | Case No: CV11-07580 RGK(CWx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Opening Trial Brief Due: October 1, 2012<br>Opposing Trial Brief Due: October 15, 2012<br>Reply Trial Brief Due: October 1, 2012<br>Trial Date: October 23, 2012 |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
HONORABLE R. GARY KLAUSNER
Judge of the U.S. District Court

- 1 -
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE